1  Rosemary T. McGuire, Esq.   Bar No. 172549

2  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
3  ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California   93710

5  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

6

7  Attorneys for Defendants, City of Fresno, Fresno Police Department,
   Sgt. J. MonPere, Sgt. D.A. Ramos and Officer J. Van Meter

8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  JUAN GARZA, JR. | )  CASE NO.  CIV-F-05-01361 AWI LJO |
| 12       Plaintiff | ) |
| 13  vs. | )  **STIPULATED DISMISSAL AND ORDER** |
| 14  CITY OF FRESNO, FRESNO POLICE DEPARTMENT, SERGEANT J. MONPERE, SERGEANT D.A. RAMOS, OFFICER J. VAN METER, and DOES 1 to 50, inclusive, | ) |
| 17       Defendants. | )  Complaint Filed: 05/20/2005<br>)  Trial Date:   April 16, 2007 |

19       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Juan Garza, and

20  defendants FRESNO CITY POLICE DEPARTMENT, CITY OF FRESNO,  SGT. J.

21  MONPERE, SGT. D.A. RAMOS and OFFICER J. VAN METER by and through their

22  respective attorneys of record, stipulate to the dismissal of any and all claims asserted by JUAN

23  GARZA, without prejudice.  Each party to this dismissal is to bear their own costs, including

24  attorneys' fees.

25

26  DATED: August 7, 2006                    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

27

28                                          By:     /s/   Rosemary T. McGuire
                                                   Rosemary T. McGuire,
                                                   Attorneys for Defendants

Stipulated Dismissal

DATED: July 7, 2006

                    THE DANIEL HARRALSON LAW FIRM

                    By:    /s/   Daniel L. Harralson
                            Daniel L. Harralson,
                            Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED.

**Dated:   August 8, 2006**              **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE

---

Stipulated Dismissal                2